Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 100 (AKH)

MARTIN JEDRZEJEWSKI,                              Index No.: 06-CV-14748

                        Plaintiff(s),         **NOTICE OF ADOPTION OF ANSWER**
                                                               **TO MASTER COMPLAINT**
   -against-
                                                               **ELECTRONICALLY FILED**
A RUSSO WRECKING, *et al.*,

                        Defendant(s).
------------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated November 5, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 100 (AKH).

     WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       November 8, 2007

>   Yours etc.,
>
>   McGIVNEY & KLUGER, P.C.
>   Attorneys for Defendant
>   PHILLIPS & JORDAN, INC.
>
>   By: _____
>   Richard E. Leff (RL-2123)
>   80 Broad Street, 23rd Floor
>   New York, New York 10004
>   (212) 509-3456

TO:   WORBY GRONER & NAPOLI BERN, LLP
      Plaintiffs Liaison
      In Re Lower Manhattan Disaster Site
      Litigation
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267-3700

      All Defense Counsel